UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DEMINK,<br>  aka, "Dalton St. Clair",<br>  aka, "daltonstj2",<br>  aka, "daltonst28",<br><br>Defendant. | Case: 2:10-cr-20676<br>Judge: Rosen, Gerald E<br>MJ: Morgan, Virginia M<br>Filed: 11-10-2010 At 01:52 PM<br>INDI USA V STEVEN DEMINK (EB)<br><br>VIOL: 18 U.S.C. § 2251(a),(e)<br>18 U.S.C. § 2251(a), (2)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(a)(5)<br>18 U.S.C. § 2253 |

## INDICTMENT

The Grand Jury charges that:

At all times in this indictment:

1. Steven Demink was a resident of Redford, Michigan;

2. Dalton St. Clair was a fictitious online identity used by Demink on various internet sites to meet single mothers;

3. Steven Demink communicated over the internet, via instant messaging and electronic mail, with Rebecca Nail of New Hampshire, Wendy Beighley of Idaho, and Candice Miller of Florida, and others, after meeting these

women on the dating website "singleparentmeet.com";

4. Steven Demink is not married and has no children.

## COUNT ONE

*(Conspiracy to Sexually Exploit Children, 18 U.S.C. § 2251(a), (e))*

From on or about April 2009 through December 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK and Rebecca Nail (also known as "rebnail@hotmail.com"), and others both known and unknown to the grand jury, did knowingly conspire and agree to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #1, a fifteen-year-old boy, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TWO

*(Aiding and Abetting Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a), 2)*

From on or about April 2009 through December 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK knowingly aided and abetted Rebecca Nail (also known as "rebnail@hotmail.com"), and others both known and unknown to the grand jury, to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #1, a fifteen year-old boy, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT THREE

*(Coercion and Enticement, 18 U.S.C. § 2422(b))*

From on or about April 2009 through December 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK did knowingly use a facility and means of interstate commerce, to wit: a computer connected to the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: MV #1, a fifteen year-old boy, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

*(Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2))*

In or about July 2009, within the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to wit: still images of MV #1, a fifteen year-old boy, in sexually explicit poses and engaged in sexually explicit activity, that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that

4

had been transported by a facility of interstate and foreign commerce, to wit: the Internet, all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FIVE

*(Conspiracy to Sexually Exploit Children, 18 U.S.C. § 2251(a), (e))*

From on or about November 2009 through December 16, 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK and Wendy Beighley (also known as "wbeighley@yahoo.com"), and others both known and unknown to the grand jury, did knowingly conspire and agree to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #2, a five year-old boy, and MV #3, a three year-old girl, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depictions were transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT SIX

*(Aiding and Abetting Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a), 2)*

From on or about November 2009 through December 16, 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK knowingly aided and abetted Wendy Beighley (also known as "wbeighley@yahoo.com"), and others both known and unknown to the grand jury, to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #2, a five year-old boy, and MV #3, a three year-old girl, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depictions were transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT SEVEN

*(Coercion and Enticement, 18 U.S.C. § 2422(b))*

From on or about November 2009 through December 16, 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK did knowingly use a facility and means of interstate commerce, to wit: a computer connected to the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: MV #2, a five year-old boy, and MV #3, a three year-old girl, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT EIGHT

*(Accessing Child Pornography with Intent to View, 18 U.S.C. § 2252A(a)(5)(B))*

On or about December 2009, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK knowingly accessed with intent to view material streaming from a live online chat session conducted between himself and Wendy Beighley (also known as "wbeighley@yahoo.com"), which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to wit: images of MV #2, a five year-old boy, and MV #3, a three year-old girl, in sexually explicit poses and engaged in sexually explicit

7

activity, that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## COUNT NINE

*(Conspiracy to Sexually Exploit Children, 18 U.S.C. § 2251(a), (e))*

From on or about March 2010 through April 2010, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK and Candice Miller (also known as "cdaksah@yahoo.com"), and others both known and unknown to the grand jury, did knowingly conspire and agree to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #4, a thirteen year-old boy, and MV #5, a nine year-old girl, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported using any means and facility of

8

interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TEN

*(Aiding and Abetting Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a), 2)*

From on or about March 2010 through April 2010, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK knowingly aided and abetted Candice Miller (also known as "cdaksah@yahoo.com"), and others both known and unknown to the grand jury, to employ, use, persuade, induce, entice, and coerce a minor, to wit: MV #4, a thirteen year-old boy, and MV #5, a nine year-old girl, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT ELEVEN

*(Coercion and Enticement, 18 U.S.C. § 2422(b))*

From on or about March 2010 through April 2010, in the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK did knowingly use a facility and means of interstate commerce, to wit: a computer connected to the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: MV #4, a thirteen year-old boy, and MV #5, a nine year-old girl, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWELVE

*(Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2))*

From on or about March 2010 through April 2010, within the Eastern District of Michigan, and elsewhere, the defendant, STEVEN DEMINK did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to wit: still images of MV #4, a thirteen year-old boy, and MV #5, a nine year-old girl, in sexually explicit poses and engaged in sexually explicit activity, that had been shipped and transported in interstate and foreign

commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THIRTEEN

*(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5))*

On or about September 2, 2010, in the Eastern District of Michigan, the defendant, STEVEN DEMINK did knowingly possess material, to wit, a computer and computer media, containing still and video digital images that depict child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(B), all in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and(b)(2).

## FORFEITURE ALLEGATION
(Child Pornography)

1. The allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense charged in Counts 1-13 set forth above, STEVEN DEMINK, the defendant herein, shall forfeit to the United States any and all materials and property used and intended to be used in the distribution, possession, and transportation of visual depictions of minors engaging in sexually explicit conduct, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense. Such property includes the following specific items found in the possession of STEVEN

DEMINK on or about September 2, 2010: a Compaq Presario 56000CL, bearing serial number MXK44031MGC.

                THIS IS A TRUE BILL.

                *s/Grand Jury Foreperson*
                **GRAND JURY FORPERSON**

BARBARA L. MCQUADE
UNITED STATES ATTORNEY

s/Kevin M. Mulcahy
KEVIN M. MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9713
Kevin.Mulcahy@usdoj.gov


s/Hala Jarbou
HALA JARBOU
Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9734
Hala.Jarbou@usdoj.gov


DATE:     November 10, 2010

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:10-cr-20676<br>Judge: Rosen, Gerald E<br>MJ: Morgan, Virginia M<br>Filed: 11-10-2010 At 01:52 PM<br>INDI USA V STEVEN DEMINK (EB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes       X☐ No | AUSA's Initials: KMM |

Case Title: USA v.   D-1 **STEVEN DEMINK**, a/k/a "Dalton St. Clair", a/k/a "daltonstj2", a/k/a "daltonst28"

County where offense occurred: WAYNE

Check One:        X☐ **Felony**         ☐ **Misdemeanor**         ☐ **Petty**

____Indictment/____Information --- no prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: _10-30425_ ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____
   ☐   Original case was terminated; no additional charges or defendants.
   ☐   Corrects errors; no additional charges or defendants.
   ☐   Involves, for plea purposes, different charges or adds counts.
   ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

KEVIN M. MULCAHY
Assistant United States Attorney
Chief General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9713
Fax: (313) 226-2372
E-Mail address: kevin.mulcahy@usdoj.gov

HALA JARBOU
Assistant U.S. Attorney
211 W. Fort Street, suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9734
Fax: (313) 226-2372
E-mail address: Hala.Jarbou@usdoj.gov

Dated: November 10, 2010

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09