UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CRIMINAL NO. 10-20676

v.                                 HON. GERALD E. ROSEN

STEVEN DEMINK,
      aka, Dalton St. Clair,

        Defendant.
_____/

**GOVERNMENT'S SUPPLEMENTAL
MEMORANDUM ON RESTITUTION**

      Yesterday, the government filed supplemental evidentiary support for an

order of restitution. Attached hereto as Exhibit #5, is an affidavit from the

guardians of the Florida victims (MV #4 and MV #5) for the court's consideration.

                                            Respectfully submitted,

                                            BARBARA L. McQUADE
                                            United States Attorney

                                            <u>s/Kevin M. Mulcahy</u>

                                            KEVIN M. MULCAHY
                                            HALA Y. JARBOU
                                            Assistant U.S. Attorneys
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            (313) 226-9100

Date: February 23, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                Timothy Dinan, Esq.

And that the Exhibits will be mailed to Mr. Dinan this same day.

                s/Kevin Mulcahy
                KEVIN M. MULCAHY
                Assistant United States Attorney
                211 West Fort Street, Suite 2001
                Detroit, MI 48226
                (313) 226-9713
                E-mail: Kevin.Mulcahy@usdoj.gov